SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JUNE 10, 2021 SESSION



UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 2:21-cr-00092
                             18 U.S.C. § 2252A(a)(5)(B)
                             18 U.S.C. § 2252A(b)(2)
JAMES GIPSON

### I N D I C T M E N T
(Possession of Child Pornography)

The Grand Jury Charges:

On or about April 25, 2020, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAMES GIPSON did knowingly possess material, that is, a computer graphic image file, containing an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved a prepubescent minor and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE**

The allegations contained in this single-count Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253, as well as Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 2253(a), upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, JAMES GIPSON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including an Acer laptop serial number LXAU50X263902017B0200.

This property also includes, but is not limited to, any visual depictions and any books, magazines, periodicals, films, videotapes and other matter which contains such visual depictions, which were produced, transported, mailed, shipped or received in connection with the violations set forth in this Indictment; any real and personal property constituting or traceable to gross profits and other proceeds obtained from the violations set forth in this Indictment; and any real and personal property used or

intended to be used to commit or to facilitate the commission of the violation set forth in this Indictment.

                                      LISA G. JOHNSTON
                                      Acting United States Attorney

By: _____
        KRISTIN F. SCOTT
        Assistant United States Attorney