IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:21-00092

JAMES GIPSON

**ORDER**

After determining that there are no pending pretrial motions in this matter, the Court **ORDERS** as follows:

1. The Government shall provide all disclosable grand jury material to the defendant no later than 1:00 p.m. on the Thursday before trial. Grand jury material should not be copied for the defendant. To protect the secrecy of grand jury proceedings, the Court places the following restrictions on the use of the grand jury materials:

   a. Counsel for the defendant shall maintain exclusive possession of the grand jury materials.

   b. Counsel for the defendant may permit the defendant, private investigators, and others assisting in trial preparation to review the grand jury materials, but shall instruct all those who view the materials that they may not disclose their contents to others.

   c. Counsel for the defendant shall not make copies of the grand jury materials.

2. The parties shall exchange all discovery no later than 1:00 p.m. on the Thursday prior to trial.

3. The Clerk shall make the jury questionnaires for the petit jurors on the panel

available for copying to all counsel for the parties.

    4.    The Court **CANCELS** the hearing on pretrial motions set for **August 9, 2021**, as unnecessary.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

    ENTER:    July 27, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE