IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILED
OCT 17 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:11-00002

JAMES W. GIPSON, II

## WRITTEN PLEA OF GUILTY

In the presence of Timothy LaFon, my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment before being called upon to plead, I hereby plead guilty to the charge contained in count six of the superseding indictment.

DATE: 10/17/11

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT

Exhibit 3