IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA,
      Plaintiff,

vs.                      INDICTMENT NO. 94-F-186

JAMES W. GIPSON, II aka CHIP GIBSON,
      Defendant.

O R D E R
-----------------------

On the 8th day of November, 1996, came the defendant in person, and by counsel, Ronald J. Flora, and also came the State of West Virginia by Jennifer Wilson, Assistant Prosecuting Attorney of Cabell County, West Virginia, for sentencing upon Indictment No. 94-F-186. Whereupon, the Court inquired if there was any lawful reason why sentence should not be imposed, and no lawful reason being shown, the Court proceeded with the disposition of Indictment No. 95-F-78.

It is the ORDER of this Court that the defendant be remanded to the custody of the Commissioner of Corrections for assignment to a Penitentiary of this State, there to be confined for a period of Six (6) years on Count XXIII (23) of Indictment No. 95-F-78, with credit for any time served in this matter. Further, the Court, upon motion by the State to dismiss, does hereby DISMISS all other counts in this indictment. In addition, the defendant is hereby assessed in the amount of Fifty Dollars ($50.00), to be paid to the Clerk of the Circuit Court, pursuant to 62-5-10 of the West Virginia Code for the Crime Victims Compensation Fund.

Exhibit 3

GIP - 000616

It is further ADJUDGED, ORDERED and DECREED, that this defendant be, and is hereby remanded to the Cabell County Jail to await the arrival of the proper authorities for deliver and transport to the custody of the Commission of Corrections in accordance with this Order.

It appearing to the Court that the bond previously posted in this matter is no longer required, it is hereby ORDERED that the Clerk of the Circuit Court deduct from said bond any court ordered fines and court costs and return the remainder of said cash bond to the surety.

There being nothing further to be done in this cause, this matter is hereby ORDERED to be stricken from the trial docket of this Court.

ORDERED: _____
John L. Cummings, Circuit Judge

APPROVED FOR ENTRY:

_____

ENTERED Circuit Court Criminal Order Book
No. 157 Page 26 this 18 day of
_____ 19 96

OCT 17 2011

Exhibit 3

GIP - 000617