IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:11-00002

JAMES W. GIPSON, II

**WRITTEN PLEA OF GUILTY**

In the presence of Timothy LaFon, my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment before being called upon to plead, I hereby plead guilty to the charge contained in count six of the superseding indictment.

DATE: 10/17/11

DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT

FILED
OCT 17 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Exhibit 7